UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>RAILEN JANAI WHEELER,<br><br>               Defendant. | Case No. 18-132-RAJ<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTING NEW COUNSEL** |

The Court **GRANTS** defendant's motion to permit his current lawyer, Corey Endo, to withdraw, Dkt. 111, and **ORDERS**:

1. Defendant's lawyer Corey Endo may withdraw, once new counsel is appointed.

2. New counsel from the CJA panel shall be appointed to represent defendant.

3. The Clerk shall provide a copy of this order to the parties and assigned District Judge.

DATED this 11th day of June, 2018

                                                                                                     _____
                                                                                                     BRIAN A. TSUCHIDA
                                                                                                     United States Magistrate Judge