HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RAILEN JANAI WHEELER,

    Defendant.

Case No. CR18-00132 RAJ

ORDER

THIS MATTER comes before the Court on Defendant Railen Janai Wheeler's letter / motion for a reduced sentence under 18 U.S.C. § 3582 (c) based on Amendment 821, Part A (Status Points) and to the Sentencing Guidelines. Dkt. 1073. The defendant is proceeding Pro Se. He is currently serving his sentence at the Federal Correctional Institution in Herlong, California.

In the government's opposition, the background summary accurately reflects the defendant's history with this Court. Dkt. 1089. Rather than restate the government's summation, this Court adopts the same as a complete and accurate restatement of the defendant's charges, criminal history, guideline calculations, and application of Amendment 821 to the defendant's sentencing range.

ORDER – 1

Having thoroughly considered the parties' briefing, and the relevant record, the Court finds oral argument unnecessary and hereby **DENIES** the motion.

For the foregoing reasons, the Defendant's Motion for Reduction of Sentence is **DENIED**.

DATED this 17th day of April, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2